**Paul James KOUMJIAN,**
**Petitioner–Appellant**

v.

**Nathaniel QUARTERMAN, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.**

No. 06–51492
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

April 24, 2009.

See also 2002 WL 1397157.

Paul James Koumjian, Texas Department of Criminal Justice Institutional Division Estelle Unit, Huntsville, TX, for Petitioner–Appellant.

Sallie Christian–Carnal, Office of the Attorney General, Austin, TX, for Respondent–Appellee.

Before JOLLY, BENAVIDES, and, HAYNES, Circuit Judges.

PER CURIAM: *

Paul James Koumjian, Texas prisoner # 1039181, appeals from the district court's dismissal of his 28 U.S.C. § 2254 petition as time barred. *See* 28 U.S.C. § 2244. The district court found that Koumjian filed no state habeas applications before the expiration of the limitations period. However, there is a factual dispute regarding whether Koumjian filed a state habeas application in March 2003 in the state trial court, case number 20010D00128–120–2. Because this application is not part of the state court record, a review of the record is not a sufficient

---

means of resolving whether the instant § 2254 petition is untimely or, if it is untimely, whether equitable tolling would be warranted under the circumstances. Accordingly, the judgment of the district court is VACATED and this case is REMANDED for further proceedings consistent with this opinion.

All outstanding motions are DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.